UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY HENRY WHITE, | Case No. CV 09-7071 VBF(JC) |
|           Petitioner, | ~~(PROPOSED)~~ JUDGMENT |
|   v. | |
| JOHN MARSHALL, et al., | |
|           Respondents. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 8-1-11

*Valerie Baker Fairbank*

_____

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE